B6F (Official Form 6F) (12/07)

In re  Stuart Robert Hansen                                   Case No.  11-10472
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. XXXXXXXXXXXX5694<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | H | credit card | | | | 41,074.44 |
| Account No. XXXXXXXXXXXX0012<br><br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | H | credit card | | | | 12,995.32 |
| Account No. XXXXXXXXXXXX2100<br><br>Chase<br>PO Box 15153<br>Wilmington, DE 19850-5153 | | H | credit card | | | | 39,739.69 |
| Account No.<br><br>Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460 | X | J | guaranty of business loan | | | | 1,755,003.56 |
| _1_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,848,813.01 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:35522-101201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart Robert Hansen**                                ,                Case No.   __11-10472__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460 | X | J | guaranty of business loan | | | | 227,164.17 |
| Account No. XXXXXXXXXXXX0012<br><br>Hansen Paper Co., Inc.<br>13 East Central Ave.<br>Paoli, PA 19301-1308 | | H | loan from business<br>(does not include possible additional liabilities owed to creditor through now defunct general partnership) | | | | 782,189.00 |
| Account No.<br><br>Roslyn Hansen<br>1161 Brian's Way<br>Wayne, PA 19087 | | H | claims asserted in lawsuit arising from now defunct business<br>(claim is estimated with post-judgment interest included) | | | | 1,000,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,009,353.17**

Total (Report on Summary of Schedules)    **3,858,166.18**