## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| STUART R. HANSEN | : | Case No.11-10472 (SR) |
| Debtor | : | |

## THIRD SUPPLEMENTAL STATEMENT
## PURSUANT TO BANKRUPTCY RULE 2016(b)

Pursuant to Bankruptcy Rule 2016(b), the undersigned supplements the original Rule 2016 Statement (and any supplements thereto) filed in this case by disclosing that the undersigned received on May 2, 2011 a payment in the amount of $877.20 on account of post-petition services provided to the Debtor. The source of the payment was from the Debtor's 1099 income from Hansen Paper Company, Inc.

SMITH GIACOMETTI, LLC

Date: May 16, 2011      By:    _David B. Smith_____
David B. Smith, Esquire
270 W. Lancaster Ave.
Building I
Malvern, PA 19355
Tel: (610) 407-7217
Fax: (610) 407-7218
dsmith@sgllclaw.com
Counsel to the Debtor