IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 7
                                                    :
STUART ROBERT HANSEN                                :
                                                    :
        DEBTOR(S)                                   : BANKRUPTCY NO. 11-10472 SR

# ORDER

**AND NOW**, upon consideration of the MOTION OF ROSYLN HANSEN TO DISMISS DEBTOR'S BANKRUPTCY CASE FOR CAUSE PURSUANT TO 11 U.S.C. §707(a), the Answer of Debtor in opposition thereto, and after hearing held thereon May 24, 2011, it is hereby:

**ORDERED**, that for the reasons stated in open Court, the Motion shall be and hereby is Granted; and this Chapter 7 case is hereby DISMISSED.

By the Court:

_Stephen Raslavich_
Stephen Raslavich
Chief United States Bankruptcy Judge

Dated: June 7, 2011

DAVID B. SMITH, Esquire
David B. Smith Law Group, LLC
270 West Lancaster Ave.
Building I
Malvern, PA 19355

ANDREW M MILZ, Esquire
Lundy Flitter Beldecos & Berger PC
450 N. Narberth Avenue
Narberth, PA 19072-2778

MICHAEL W. GALLAGHER, Esquire
628 East Germantown Pike
Lafayette Hill, PA 19444

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich