United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-10472-sr
Stuart Robert Hansen                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lucille           Page 1 of 1              Date Rcvd: Jun 07, 2011
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2011.
db           +Stuart Robert Hansen,   400 Black Duck Drive,   Centreville, MD 21617-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2011**                          **Signature:** _Joseph Speetjens_

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 7
                                      :
STUART ROBERT HANSEN                  :
                                      :
            DEBTOR(S)                 : BANKRUPTCY NO. 11-10472 SR

# ORDER

**AND NOW**, upon consideration of the DEBTOR'S MOTION TO CONVERT HIS CHAPTER 7 CASE TO A CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 706(a) AND BANKRUPTCY RULE 1017-1(b), and after hearing held thereon this day, it is hereby:

**ORDERED**, that for the reasons stated in open Court, the Motion shall be and hereby is DENIED.

By the Court:

_Stephen Raslavich_
Stephen Raslavich
Chief United States Bankruptcy Judge

Dated:  June 7, 2011

DAVID B. SMITH, Esquire
David B. Smith Law Group, LLC
270 West Lancaster Ave.
Building I
Malvern, PA 19355

ANDREW M MILZ, Esquire
Lundy Flitter Beldecos & Berger PC
450 N. Narberth Avenue
Narberth, PA 19072-2778

MICHAEL W. GALLAGHER, Esquire
628 East Germantown Pike
Lafayette Hill, PA 19444

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich